# AMSTER ROTHSTEIN & EBENSTEIN LLP
*Intellectual Property Law*

Partners
Morton Amster
Jesse Rothstein (1932-2003)
Daniel Ebenstein
Philip H. Gottfried
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold

Joseph M. Casino
Michael V. Solomita
Charles R. Macedo

Senior Counsel
Marion P. Metelski
Alan D. Miller, Ph.D.
Marc J. Jason
Richard S. Mandaro

Associates
Patrick Boland*
Holly Pekowsky

Max Vern
Brian A. Comack
David Mitnick
David A. Boag
Matthieu Hausig
Jung S. Hahm
Norajean McCaffrey
Benjamin M. Halpern*
Michael J. Kasdan
Rebecca Eisenberg
Stuart Shapley
Brett M. Pinkus*

Benjamin Charkow
Mark Berkowitz
Nathan Weber
Robert Burak
Liel Hollander
Samuel Lo

* Not admitted in New York

90 Park Avenue
New York NY 10016

Main 212 336 8000
Fax 212 336 8001
Web www.arelaw.com

RECEIVED NOV 24 2009 CHAMBERS OF ANDREW J. PECK

November 24, 2009

Charles R. Macedo
Direct 212 336 8074
E-mail cmacedo@arelaw.com

By Facsimile

Honorable Andrew J. Peck
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/24/09

Re: Island Intellectual Property LLC et al. v. Deutsche Bank Trust Company Americas et al., No. 09-cv-2675 (S.D.N.Y.)
Our File: 43963/34

Dear Judge Peck:

As Your Honor may be aware, the Court of Appeals has granted Defendants a short stay extending the Interim Prosecution Bar until the Mandamus Petition is decided, or until further ordered by the Court, provided Defendants actually file their promised petition for a writ of mandamus by no later than noon on November 30, 2009. Plaintiffs' opposition to the Writ is due by no later than noon on December 10, 2009.

In view of the above, the parties have met and conferred and agreed to the attached schedule to extend certain proposed interim dates. The proposed Schedule does not modify the due dates for the Claim Construction hearing or the close of fact discovery.

Respectfully submitted,

AMSTER ROTHSTEIN & EBENSTEIN LLP

By: _____
Charles R. Macedo (CM 4980)
Counsel for Plaintiffs Island Intellectual Property LLC, LIDS Capital LLC, Intrasweep LLC, and Double Rock Corporation

**MEMO ENDORSED** 11/24/09
[handwritten endorsement, largely illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

4434SR.1

Hon. Andrew J. Peck                         -2-                        November 24, 2009

SIDLEY AUSTIN LLP

By: _____
Jeffrey A. Finn
Counsel for Defendants Deutsche Bank Trust
Company Americas and Total Bank Solutions, LLC

CRM:BC
Enclosure
cc:   Hon. Victor Marrero (via Fax)
      SidleyllP@sidley.com (via E-Mail only)
      IslandIP@arclaw.com (via E-mail only)

443458.1

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** November 24, 2009          **Total Number of Pages:** 3

| TO | FAX NUMBER |
| --- | --- |
| Charles R. Macedo, Esq. | 212-336-8001 |
| Asheesh Paul Puri, Esq. | 212-839-5599 |
| Jeffrey A. Finn, Esq. | 213-896-6600 |

**MEMO ENDORSED 11/24/09**

Please provide courtesy copies of the filings already made, and hereafter to be made, to the Court of Appeals. Be aware that I do not plan to extend any ultimate deadlines because of this issue.

**Copy to:**   Judge Victor Marrero