USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ISLAND INTELLECTUAL PROPERTY LLC,
LIDS CAPITAL LLC, DOUBLE ROCK
CORPORATION, and INTRASWEEP LLC,

   Plaintiffs,

v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS, and TOTAL BANK SOLUTIONS,
LLC,

   Defendants.

------------------------------------x

Civ. No.: 09 Civ. 2675 (VM) (AJP)

**ECF Case**

STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Island Intellectual Property LLC, LIDS Capital LLC, Double Rock Corporation and Intrasweep LLC (collectively, "Plaintiffs"), and counsel for Deutsche Bank Trust Company Americas and Total Bank Solutions, LLC (collectively, "Defendants"), that the schedule for the Claim Construction Discovery and Hearing in the above-captioned matter shall be amended in accordance with Exhibit A of the Case Management Order, as attached hereto.

Dated: New York, New York
   February 17, 2010

SO ORDERED.

_____ 2/19/10
Hon. Andrew Jay Peck
United States Magistrate Judge

LA1 1745783v.1

| SIDLEY AUSTIN LLP | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
|---|---|
| By: *Jeffrey A. Finn* (signature)<br>Jeffrey A. Finn, Esq. | By: *Charles R. Macedo / JAF* (signature)<br>Charles R. Macedo, Esq. (CM 4980) |
| Jeffrey A. Finn, Esq.<br>Olivia M. Kim, Esq.<br>555 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>jfinn@sidley.com<br>okim@sidley.com<br>SidleyIIP@sidley.com | 90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 335-8000<br>Facsimile: (212) 335-8001<br>cmacedo@arelaw.com<br>IslandIP@arelaw.com<br><br>*Counsel for Plaintiffs Island Intellectual Property LLC, LIDs Capital LLC, Double Rock Corporation and Intrasweep LLC* |
| *Counsel for Defendants Deutsche Bank Trust Company Americas and Total Bank Solutions, LLC* | |

**IT IS SO ORDERED.**

Dated: New York, New York
_____, 2010

_____
**Hon. Andrew Jay Peck
United States Magistrate Judge**

## EXHIBIT A

## ISLAND IP CASE SCHEDULE WITH MODEST INTERIM EXTENSION

| Event | Schedule (Dkt. Nos. 43 & 57 & 70 & 85 & 94) | Proposed Adjustment |
|---|---|---|
| Exchange of Responsive Contentions o Parties exchange preliminary responses to affirmative contentions of infringement/non-infringement and validity/invalidity. | Monday, February 22, 2010 | Monday, March 1, 2010 |
| Parties Exchange Proposed Claim Terms to be construed and proposed constructions | Thursday, February 25, 2010 | Thursday, March 11, 2010 |
| Parties to meet and confer to narrow disputed claim terms and prepare a joint list of claim terms which require claim construction | Week of March 8, 2010 | Week of March 15, 2010 |
| Submission to the Court of a joint claim construction and pre-hearing statement | Friday, March 12, 2010 | Friday, March 19, 2010 |
| Opening Claim Construction Briefs | Thursday, March 25, 2010 | Friday, April 9, 2010 |
| Commence serving contentions interrogatories | Friday, March 26, 2010 ||
| Responsive Claim Construction Briefs | Thursday, April 29, 2010 | Friday, May 14, 2010 |
| Last day to serve written discovery requests | Friday, May 21, 2010 ||
| Completion of fact discovery | Friday, June 25, 2010 ||
| Completion of expert discovery; Last day for all counsel to meet for at least one hour to discuss settlement | Tuesday, September 28, 2010 ||

LA1 1745783v.1