# Don W. Martens

A Professional Corporation
Alternative Dispute Resolution Neutral

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
don.martens@kmob.com

December 5, 2011

**VIA FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/11
```

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Island Intellectual Property LLC, et al. v. Deutsche Bank Trust Co., et al.*
U.S.D.C., Southern District of New York – Civil Action No. 09 Civ. 2675

Dear Judge Marrero:

This will supplement my letter of November 28, 2011 (Docket Number 210). The parties further have agreed that there is no need for construction of the "maintaining" terms or the term "client account information" and that the "maintaining" terms do not require "by owning the accounts."

It is recommended that the court enter an Order accordingly.

Very truly yours,

Don W. Martens
Special Master

cc: Charles Macedo
Benjamin Charkow
Anthony Lo Cicero
Edward Poplawski
Jeffrey Finn
Olivia Kim

H:\DOCS\DWM\DWM-2978/aem
120211

The Clerk of Court is directed to enter into the public record of this action, the letter above submitted to the Court by Special Master Don Martens.

**SO ORDERED.**

12-7-11
DATE

VICTOR MARRERO, U.S.D.J.