UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 6 2012

ISLAND INTELLECTUAL PROPERTY LLC,
LIDS CAPITAL LLC, DOUBLE ROCK
CORPORATION, and INTRASWEEP LLC,

    Plaintiffs,

  v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS, TOTAL BANK SOLUTIONS,
LLC, CLEARVIEW CORRESPONDENT
SERVICES, LLC, SCOTT &
STRINGFELLOW, LLC, BRANCH BANKING
& TRUST COMPANY, and FIRST
SOUTHWEST COMPANY

    Defendants.

09-CV-2675 (KBF)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Island Intellectual Property LLC, LIDS Capital LLC, Double Rock Corporation and Intrasweep LLC (collectively, "Plaintiffs"), and counsel for Deutsche Bank Trust Company Americas, Total Bank Solutions LLC, Clearview Correspondent Services, LLC, Scott & Stringfellow, LLC, Branch Banking and Trust Company, First Southwest Company (collectively, "Defendants"), that all claims asserted by Plaintiffs against the Defendants, and all counterclaims asserted by the Defendants against Plaintiffs, are dismissed with prejudice.

Plaintiffs and Defendants will each bear their own fees and costs in this action with respect to the claims asserted by Plaintiffs against Defendants and the counterclaims asserted by Defendants against Plaintiffs.

1

507008.1

Dated: New York, New York
March 6, 2012

AMSTER, ROTHSTEIN & EBENSTEIN LLP

*signature*

Charles R. Macedo (CM 4980)

Anthony F. Lo Cicero (AL 7538)
Benjamin Charkow (BC 4455)
Jessica Capasso (JR 4856)
90 Park Avenue
New York, New York 10016
Telephone:   (212) 336-8000
Facsimile:    (212) 336-8001

R. Terrance Rader (*admitted pro hac vice*)
Glenn E. Forbis (*admitted pro hac vice*)
RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave., Suite 140
Bloomfield Hills, Michigan 48304
Telephone:   (248) 594-0600
Facsimile:    (248) 594-0610

*Attorneys for Plaintiffs Island Intellectual Property LLC, LIDs Capital LLC, Double Rock Corporation, and Intrasweep LLC*


SIDLEY AUSTIN LLP

*signature* Jeffrey A. Finn/var

Edward G. Poplawski (*admitted pro hac vice*)
Jeffrey A. Finn (*admitted pro hac vice*)
Olivia M. Kim (*admitted pro hac vice*)
Michael Lee (*admitted pro hac vice*)
555 West Fifth Street
Suite 4000
Los Angeles, CA 90013
Telephone:   (213) 896-6000
Facsimile:    (213) 896-6600

*Attorneys for Defendants Deutsche Bank Trust Company Americas, Total Bank Solutions, LLC Clearview Correspondent Services, LLC, Scott & Stringfellow, LLC, Branch Banking and Trust Company, First Southwest Company*

SO ORDERED

3/6/12

_____K. B. Forrest_____
Honorable Katherine B. Forrest
United States District Court